ACCEPTED
04-16-00314-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/31/2016 1:50:16 PM
KEITH HOTTLE
CLERK

## NO. 04-16-00314-CV

| | | |
|---|---|---|
| **HILMAR DANIEL BLUMBERG** | § | **IN THE COURT OF APPEALS** |
| **Appellant,** | § | 4th COURT OF APPEALS |
| | § | SAN ANTONIO, TEXAS |
| **V.** | § | **FOURTH DIVISION** 5/31/2016 1:50:16 PM |
| | § | KEITH E. HOTTLE |
| | § | Clerk |
| **TEXAS DEPARTMENT OF PUBLIC** | § | |
| **SAFETY** | § | |
| **Appellee** | § | **SAN ANTONIO, TEXAS** |

### APPELLANT'S WITHDRAWAL OF NOTICE OF APPEAL

Appellant, HILMAR DANIEL BLUMBERG, does not desire to appeal the judgment of the County Court at Law and withdraws his Notice of Appeal.

Respectfully submitted,

LAW OFFICE OF JAMES S. FROST
113 W. Gonzales Street
Seguin, Texas 78155
830-303-0404 & 830-303-8584 (facsimile)

By: _____
JAMES S. FROST
Texas Bar No. 07489500
Email: frost@frostlawoffice.com

ATTORNEY FOR APPELLANT
HILMAR DANIEL BLUMBERG

### CERTIFICATE OF SERVICE

I certify that on May 31, 2016, a true and correct copy of Appellant's Withdrawal of Notice of Appeal was served on CINDY MYERS, Staff Attorney, Texas Department of Public Safety, electronically through the electronic filing manager.

_____
JAMES S. FROST